**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Brian Carn, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.:  1:11-cv-02210 (JG)(JO) |
| | : |
| AmSher Collection Services, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: September 26, 2011

Respectfully submitted,

PLAINTIFF, Brian Carn

/s/ Sergei Lemberg

Sergei Lemberg, Esq. (SL 6331)
**LEMBERG & ASSOCIATES L.L.C.**
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on September 26, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of New York Electronic Document Filing System (ECF) which sent electronic notification of such filing to the following ECF participants:

Donald J. Cayea, Esq. (DC-4635)
**LITCHFIELD CAVO LLP**
420 Lexington Avenue, Suite 2104
New York, NY 10170

                                          By /s/ Sergei Lemberg
                                              Sergei Lemberg